DOWLING v. CLEMENT. (Circuit Court of Appeals, Second Circuit. January 17, 1908.) No. 134. In Error to the Circuit Court of the United States for the Southern District of New York. Bowers & Sands (L. G. Reed, of counsel), for plaintiff in error. Townsend, Avery & Button, for defendant in error. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Writ of error dismissed in open court. See 147 Fed. 920.

EDWARD THOMPSON CO v. AMERICAN LAW BOOK CO. (Circuit Court of Appeals, Second Circuit. January 17, 1908.) No. 133. Appeal from the Circuit Court of the United States for the Southern District of New York. Walter Large (F. P. Pritchard, of counsel), for appellant. Edmund Wetmore (William B. Hale, of counsel), for appellee. Before COXE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Decree (130 Fed. 639) affirmed in open court.

GOLDENBERG BROS. & CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. January 11, 1908.) No. 118 (4,194). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 152 Fed. 658, affirming a decision of the Board of United States General Appraisers (G. A. 6,290; T. D. 27,113), which had affirmed the assessment of duty by the collector of customs at the port of New York. James W. Purdy, Jr., and Walter Evans Hampton (Allan C. Rowe, of counsel), for importers. D. Frank Lloyd, Asst. U. S. Atty. (Henry L. Stimson, U. S. Atty., on the brief), for the United States. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Decision of Circuit Court affirmed, on opinion of Board of General Appraisers.

GREENE et al. v. UNITED STATES. (Circuit Court of Appeals, Fifth Circuit. October 28, 1907.) In Error to the District Court of the United States for the Southern District of Georgia. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. No one of the judges who concurred in the decision of this case desiring a rehearing, the application therefor is denied. See 154 Fed. 401.

HERMANN BOKER & CO. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. November 8, 1907.) No. 42 (4,238). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 152 Fed. 589, affirming a decision of the Board of United States General Appraisers (G. A. 6,335; T. D. 27,277). Kammerlohr & Duffy (John G. Duffy, of counsel), for appellants. D. Frank Lloyd, Asst. U. S. Atty. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Decision of Circuit Court affirmed.